1 | David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
2 | **Van Riper Law**
1254 Irvine Blvd., Ste. 200
3 | Tustin, California 92780
Telephone: (714) 732-1800
4
5 | Attorney for Plaintiffs DISH Network L.L.C. and NagraStar LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and NAGRASTAR LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL JIMENEZ, <br><br> Defendant. | Case No. <br><br> **PLAINTIFFS' NOTICE OF INTERESTED PARTIES** |

In accordance with Federal Rule of Civil Procedure 7.1 and L.R. 7.1-1, the undersigned, counsel of record for Plaintiffs DISH Network L.L.C and NagraStar LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff DISH Network L.L.C. is a Colorado limited liability company with its principal place of business located at 9601 South Meridian Blvd., Englewood, Colorado 80112. Plaintiff DISH Network L.L.C.'s sole member is DISH DBS Corporation, which is wholly owned by DISH Orbital Corporation. DISH Orbital Corporation is wholly owned by DISH Network Corporation, which is

publicly owned and traded on the NASDAQ national market under the symbol "DISH."

    2.    Plaintiff NagraStar LLC is a Colorado limited liability company with its principal place of business located at 90 Inverness Circle East, Englewood, Colorado 80112. Plaintiff NagraStar LLC's members are EchoStar Corporation and Nagra USA, Inc. EchoStar Corporation is publicly owned and traded on the NASDAQ national market under the symbol "SATS." Nagra USA, Inc. is wholly owned by Kudelski SA, a Swiss company listed on the SIX Swiss Exchange under the symbol "KUD."

Dated: May 10, 2017

    Respectfully submitted,

By: /s/ David A. Van Riper
David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
**Van Riper Law**
1254 Irvine Blvd., Ste. 200
Tustin, California 92780
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

Attorney for Plaintiffs DISH Network L.L.C. and NagraStar LLC