David A.Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
**Van Riper Law**
1254 Irvine Blvd., Ste. 200
Tustin, California 92780
Telephone: (714) 732-1800

Attorney for Plaintiffs DISH Network
L.L.C. and NagraStar LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and NAGRASTAR LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>PAUL JIMENEZ,<br><br>        Defendant. | Case No. 2:17-cv-03528-MWF-JPR<br><br>**DECLARATION OF GREGORY DUVAL IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

I, Gregory Duval, of Englewood, Colorado declare as follows:

1.      I make this declaration based on personal knowledge and, if called upon to testify, would testify competently as stated herein.

2.      I am currently employed as Chief Operating Officer with Plaintiff NagraStar LLC ("NagraStar"), the supplier of the proprietary encryption technology used by Plaintiffs DISH Network L.L.C.

3.      I became employed by NagraStar in 2005, bringing several years of experience in the field of conditional access and security solutions for satellite television systems.  Prior to that time, I was employed by NagraStar's co-founder and part owner, Nagravision S.A., as the head of engineering and conditional access

1

system architect.  In that capacity, I acquired a comprehensive understanding of the conditional access system used by DISH Network.

4.     At NagraStar, I currently supervise several internal departments, including system security, system support, system testing, architecture, and research and development.  My primary responsibilities with NagraStar, as relevant here, are the development and deployment of the conditional access system that protects DISH Network satellite television programming, and leading all anti-piracy operations pertaining to that security system.

**Plaintiffs DISH Network and NagraStar**

5.     DISH Network is a multi-channel video provider that delivers video, audio, and data services to approximately 14 million authorized subscribers in the United States via a direct broadcast satellite system.  DISH Network uses high-powered satellites to broadcast, among other things, movies, sports, and general entertainment services ("DISH Network programming") to consumers who have been authorized to receive such services after payment of a subscription fee, or in the case of a pay-per-view movie or event, the purchase price.

6.     DISH Network contracts for and purchases the distribution rights for most of the programming broadcast on the DISH Network platform from providers such as network affiliates, pay and specialty broadcasters, cable networks, motion picture distributors, sports leagues, event promoters, and other holders of programming rights.  The works broadcast on the DISH Network platform are copyrighted.  DISH Network has the authority of the copyright holders to protect the works from unauthorized reception and viewing.

7.     DISH Network programming is digitized, compressed, and scrambled before being transmitted to multiple satellites in geo-synchronous orbit above Earth. The satellites, which have relatively fixed footprints covering the United States and certain parts of Mexico, Canada and the Caribbean, relay the scrambled signal back

to Earth where it can be received by DISH Network subscribers that have the necessary equipment.

8.      A DISH Network satellite television system consists of a compatible dish antenna, receiver, smart card, television, and cabling to connect the components. DISH Network provides receivers, satellite dish antenna, and other digital equipment for the DISH Network satellite television system.  Smart cards and other proprietary security technologies that form a conditional access system are supplied by NagraStar.  Each receiver and smart card is assigned a unique serial number that DISH Network uses when activating the equipment, and to ensure that the equipment only decrypts programming the customer is authorized to receive as part of his subscription package and pay-per-view purchases.

9.      The NagraStar conditional access system performs two interrelated functions during its ordinary operation:  first, subscriber rights management, which allows DISH Network to "turn on" and "turn off" programming that a customer has ordered, cancelled, or changed; and second, protection of the control words that descramble DISH Network's satellite signal, which in turn prevents unauthorized access to DISH Network programming.

10.     An integral part of NagraStar's conditional access system is a smart card having a secure embedded microprocessor.  To put the smart card in context, the DISH Network receiver processes an incoming DISH Network satellite signal by locating an encrypted part of the transmission known as the entitlement control message and then forwards that message to the smart card.  Provided the subscriber is tuned to a channel he is authorized to watch, the smart card uses its decryption keys to unlock the message, uncovering a control word.  The control word is transmitted back to the receiver in order to decrypt DISH Network's satellite signal.  Together, the receiver and smart card convert DISH Network's encrypted satellite signal into viewable programming that can be displayed on the attached television of an authorized DISH Network subscriber.

**Piracy of DISH Network Programming**

11.    Various devices have appeared on the black market over the years for the purpose of illegally decrypting or "pirating" DISH Network programming.  The black market in satellite piracy devices represents a multimillion-dollar industry in the United States.

12.    Several years ago pirates developed a method to circumvent the DISH Network security system and intercept DISH Network's satellite broadcasts using so-called "free-to-air" or "FTA" receivers (hereinafter, "unauthorized receivers"). Initially, this method of piracy was accomplished by loading software that contained the proprietary data and keys to the DISH Network security system (hereinafter, "piracy software") onto circuit chips in the receiver, so as to mimic a legitimate NagraStar smart card.  Piracy software was made available for free on numerous websites, and could be loaded to an unauthorized receiver by even a layperson in a matter of minutes.

13.    The downside of the foregoing method of signal theft is that piracy software had to be regularly updated to account for and overcome changes in the DISH Network security system, such as electronic countermeasures transmitted in the satellite stream.  These countermeasures have many effects, one being to change the decryption keys required to access DISH Network's control words.  As a result, a new form of piracy has emerged more recently and goes by several names including "control word sharing," "Internet key sharing," or more simply "IKS."

14.    With IKS, once piracy software is loaded on the unauthorized receiver, the end user connects the receiver to the Internet through a built-in Ethernet port or dongle.    The Internet connection serves two piracy-related purposes: first, it automatically updates piracy software on the unauthorized receiver when the end user responds "yes" to an on-screen menu prompt; and second, the Internet connection contacts a computer server which provides the DISH Network control words.

4

15.    The computer server, called an "IKS server," has multiple, subscribed NagraStar smart cards connected to it, and therefore the ability to provide control words. Access to an IKS server typically requires a valid passcode. Once access has been obtained, control words are sent from the IKS server over the Internet to the unauthorized receiver, where they are used to decrypt DISH Network's satellite signal and view programming without paying a subscription fee.

16.    Because IKS is based on the unauthorized distribution of control words obtained from genuine, subscribed DISH Network receiving equipment, this method of piracy remains effective after DISH Network's transition to "Nagra 3," the latest generation security technology introduced by NagraStar.

17.    NFusion Private Server ("NFPS") is a confirmed IKS service. As part of its anti-piracy investigations, NagraStar purchased a subscription to NFPS and in return received a 14 digit passcode. By using that passcode in connection with an unauthorized receiver, NagraStar was able to access the server for the NFPS service. Upon accessing the NFPS server, NagraStar was provided control words that enabled it to descramble DISH Network programming using an unauthorized receiver, and without purchasing a legitimate DISH Network subscription. NFPS only provides IKS services and have no legitimate aspect of its business.

**Satellite Piracy Causes Substantial, Irreparable Harm to Plaintiffs**

18.    DISH Network and NagraStar invest millions of dollars each year in security measures that protect DISH Network programming. The distribution of products that circumvent these security measures undermines the investment in the technology and results in the need for costly security updates.

19.    As an example, the IKS method of piracy is used to circumvent the "Nagra 3" security system most recently introduced by DISH Network, which was deployed over the course of approximately 18 months at an estimated cost of more than $100 million. Likewise, electronic countermeasures are continually developed and released in the DISH Network satellite stream, at significant expense, to prevent

persons from intercepting DISH Network's signal.   Dividing these anti-piracy expenditures among the persons engaged in or facilitating the theft of DISH Network programming is not possible because the total number of persons involved and the full extent of each person's involvement is not known.

20.   In addition, piracy interferes with contractual and prospective business relationships of DISH Network and NagraStar, including relationships with providers of programming and customers for set-top boxes and conditional access system solutions.   Piracy also causes damage to the goodwill and reputations of DISH Network and NagraStar, whose businesses are built and depend on the delivery of secured programming.   Calculating the reputational damage and lost sales due to this impact is inherently difficult, if not impossible.

21.   Finally, piracy has a direct and negative impact on the revenues earned by DISH Network and NagraStar.   The injury to DISH Network includes a loss of programming revenues that would ordinarily be received from legitimate subscribers, which are approximately $84 per month on average.   Individuals that are engaged in piracy, however, enjoy unlimited access to DISH Network programming, including premium and pay-per-view channels, the value of which far exceeds that built into the average subscriber calculation.   Similarly, piracy deprives NagraStar of revenues customarily gained from the sale of receivers, smart cards, and other technologies to legitimate subscribers.   Determining the amount of lost profits is impractical because the number of persons engaged in piracy, and the nature and extent of the DISH Network programming unlawfully received by each person, generally is not known.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2017.

Gregory Duval